**STATE of Missouri, Respondent,**

v.

**Tyrone DILLARD, Appellant.**

**No. WD 58159.**

Missouri Court of Appeals, Western District.

Aug. 6, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Joseph M. Marquez, Assistant Prosecuting Attorney, Jackson County, Independence, MO, for Respondent.

Before BRECKENRIDGE, P.J., and HOWARD and HOLLIGER, JJ.

## ORDER

PER CURIAM.

A jury convicted Tyrone Dillard of possession of drug paraphernalia, for which he was sentenced in accordance with the jury's recommendation to a term of one year in the Jackson County, Missouri, jail and a $1,000 fine. On appeal, Mr. Dillard contends that the evidence was insufficient to prove beyond a reasonable doubt that he possessed a digital scale with intent to use it to weigh or measure controlled substances.

Affirmed. Rule 30.25(b).